**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 cv 72**

| | | |
|---|---|---|
| **FEDERAL DEPOSIT INSURANCE** | ) | |
| **CORPORATION, as Receiver for** | ) | |
| **THE BANK OF ASHEVILLE,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **ORDER** |
| **v** | ) | |
| | ) | |
| **AVERY T. CASHION, III,** | ) | |
| | ) | |
| **Defendant.** | ) | |

 

**THIS MATTER** is before the court pursuant to the filing by the parties of a "Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan" (#2). In the report the parties request a conference with the court before the entry of a scheduling order. Pursuant to such a request, the undersigned will set a hearing for a conference with the parties for May 4, 2011 at 2:00 o'clock p.m.

 

## ORDER

**IT IS, THEREFORE**, **ORDERED** that a conference with the court concerning the "Certification and Report of F.R.C.P. 26(f) Conference and Discovery Plan" (#2) is hereby set for **2:00 o'clock p.m.** on **May 4, 2011** in courtroom #2 of the United States Courthouse in Asheville, NC.

Signed: April 28, 2011

Dennis L. Howell
United States Magistrate Judge