THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv72

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for THE BANK OF ASHEVILLE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | **O R D E R** |
| AVERY T. CASHION, III, | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER** is before the Court *sua sponte*.

On May 6, 2011, the Court entered a Pretrial Order and Case Management Plan, ordering mediation to occur in this case on or before November 15, 2011. [Doc. 4]. To date, no report has been filed regarding the parties' mediation.

Accordingly, **IT IS, THEREFORE, ORDERED** that the parties shall provide a status report within seven (7) days of the entry of this Order advising the Court of the result of the parties' mediation.

**IT IS SO ORDERED.**

Signed: November 28, 2011

Martin Reidinger
United States District Judge