THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv72

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver FOR THE BANK OF ASHEVILLE, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| AVERY T. CASHION, III, | ) ) |
| Defendant. | ) ) |

## J U D G M E N T

For the reasons set forth in the Memorandum of Decision and Order entered contemporaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. 10] is **GRANTED IN PART** to the extent that the Plaintiff is hereby awarded against the Defendant Avery T. Cashion, III the sum of $2,111,427.12, together with interest at the rate of $373.73 per day from and after September 2, 2010. The Plaintiff's Motion [Doc. 10] is **DENIED IN PART** with respect to the Plaintiff's claim for an award of attorneys' fees.

Signed: April 2, 2012

_____
Martin Reidinger
United States District Judge